**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RLI INSURANCE COMPANY,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>AMERICAN RECOVERY  )<br>SPECIALISTs, INC. and LAW  )<br>FAMILY TRUST,  )<br>    Defendants.  ) | Case No. CIV-14-256-D |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff RLI Insurance Company and Defendants American Recovery Specialists, Inc. and Law Family Trust (collectively the "Parties") have filed a Joint Stipulation of Dismissal with Prejudice [Doc. No. 22] signed by counsel for the Parties. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the action is voluntarily dismissed without a court order.

IT IS ORDERED that this civil action, including all claims and causes of action which were or could have been asserted by the Parties, is in all respects dismissed with prejudice to the refiling of same as set forth in the Joint Stipulation, with court costs to be borne by the party incurring same.

IT IS SO ORDERED this 10th day of February, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE